UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BELL,

         Plaintiff,

v.

GARDNER WHITE FURNITURE CO., INC.,

         Defendant.

Case No. 2:23-cv-12648

HONORABLE STEPHEN J. MURPHY, III

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff David Bell filed a notice of voluntary dismissal of the case against Defendant Gardner White Furniture so that Plaintiff "may file an arbitration demand." ECF 12. "Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A) (alterations omitted). Because Defendant filed neither an answer nor a motion for summary judgment, dismissal under Rule 41 is proper. The Court will therefore dismiss the case without prejudice.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED.**

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: January 8, 2024